**WESTERN SMELTING & REFINING COMPANY, a Corporation, Appellant,**

v.

**LOUISVILLE AND NASHVILLE RAILROAD COMPANY, a Corporation.**

No. 15280.

United States Court of Appeals
Eighth Circuit.

March 11, 1955.

Jack W. Marer, Omaha, Neb., for appellant.

William J. Baird, Omaha, Neb., and Frank F. Helsell, Fort Dodge, Iowa, for appellee.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellant. 123 F.Supp. 3.

**Judith MORGAN, Plaintiff-Appellant,**

v.

**George SYLVESTER, Nathaniel Goldstein, Wendell P. Brown, Sydney F. Foster, Christopher J. Heffernan, Francis Bergan, O. Byron Brewster, William H. Coon, Thomas E. Dewey, and MacNeill Mitchell, Defendants-Appellees.**

No. 234, Docket 23410.

United States Court of Appeals
Second Circuit.

Argued April 5, 1955.

Decided April 22, 1955.

Judith Morgan, pro se.

Samuel A. Hirshowitz, New York City, Henry S. Manley, Sol. Gen., Albany, N. Y., Jacob K. Javits, Atty. Gen., of New York, for defendants-appellees.

Before L. HAND, SWAN and HINCKS, Circuit Judges.

PER CURIAM.

Judgment, 125 F.Supp. 380, affirmed on authority of Gregoire v. Biddle, 2 Cir., 177 F.2d 579 and Tenney v. Brandhove, 341 U.S. 367, 71 S.Ct. 783, 95 L. Ed. 1019.